**Electronically Filed
Supreme Court
SCPR-12-0001122
09-JAN-2013
08:32 AM**

SCPR-12-0001122

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE BURGESS A. DELL-WILSON, Petitioner.

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner Burgess A. Dell-Wilson's petition to resign and surrender her license to practice law in the State of Hawai'i, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted *nunc pro tunc* to December 31, 2012.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Burgess A. Dell-Wilson, attorney number 5300, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, January 9, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

